UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASUNCION SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>GARY RODEN, Superintendent,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 13-30064-MAP<br>)<br>)<br>)<br>) |

### RESPONDENT'S MOTION TO DISMISS

Respondent, Gary Roden, through counsel, moves to dismiss the petition for a writ of habeas corpus filed by petitioner, Asuncion Sanchez. The petition must be dismissed as time-barred under 28 U.S.C. § 2244(d), the statute of limitations for federal habeas corpus petitions, which is contained in the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). Respondent has attached a memorandum of law in further support of the motion.[1]

WHEREFORE, for the foregoing reasons, respondent requests that this Court dismiss this action in its entirety.

---

[1] Respondent has filed an accompanying Addendum, containing relevant docket entries, court filings, and court decisions in petitioner's state-court proceedings, This Court may consider the documents in the Addendum in deciding respondent's motion to dismiss. *See Watterson v. Page*, 987 F.2d 1, 3 (1st Cir. 1993) (stating on motion to dismiss, court may consider official public records, documents that are incorporated by reference into complaint, and documents that are "central to the plaintiff's claim").

---

*Handwritten annotation (left margin):* ALLOWED. The petition is clearly untimely. No facts suggest any extraordinary circumstances justifying any equitable tolling of the statute of limitations. So ordered. Michael A. Ponsor USDJ 3.11.14