# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASUNCION SANCHEZ,<br>    Petitioner<br><br>v.<br><br>GARY RODEN, Superintendent,<br>    Respondent | CIVIL ACTION<br>NO. 3:13-cv-30064-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS  ORDERED AND ADJUDGED

**JUDGMENT** entered for the respondent Gary Roden, Superintendent, against the petitioner Asuncion Sanchez, pursuant to the court's endorsed order entered this date, granting the respondent's motion to dismiss.

**ROBERT M. FARRELL**,
CLERK OF COURT

Dated: March 11, 2014      By /s/ *Maurice G. Lindsay*
                           Maurice G. Lindsay
                           Deputy Clerk

(Civil Judgment (Routine)  re Pet v. Resp 3.wpd - 11/98)
       [jgm.]